```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOSE R. CHICON-DELEON,                                            :
                                                                  :
                         Plaintiff,                               :
               -v-                                                :   20-CV-5643 (JMF)
                                                                  :
TRANS CONTINENTAL TRUCKING, LLC and                               :   ORDER
YASHPAL AMARSINGH,                                                :
                                                                  :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On July 21, 2020, this action was removed from the Supreme Court of New York, Bronx County, by Defendants Trans Continental Trucking, LLC ("Trans Continental") and Yashpal Amarsingh. *See* ECF No. ("Notice of Removal"), at 1. Defendants assert that jurisdiction in this Court is proper by reason of diversity of citizenship, pursuant to 28 U.S.C. § 1332. *See id.* ¶ 2. Both the individual and LLC defendants allege that they are citizens of North Carolina and that Plaintiff is a citizen of New York. *Id.*

It is well established that a limited liability company ("LLC") is deemed to be a citizen of each state of which its members are citizens. *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000). Thus, a notice of removal premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC. *See id.*; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010); *Lewis v. Allied Bronze LLC*, No. 07 Civ. 1621 (BMC), 2007 WL 1299251, at *1-2 (E.D.N.Y. May 2, 2007) (remanding removed action for lack

of diversity jurisdiction). In the present case, the Notice of Removal fails to do so, since Defendant allege only Trans Continental's principal place of business and state of incorporation but not the identity and citizenship of its members.

Accordingly, it is hereby ORDERED that, on or before **July 29, 2020**, Defendants shall amend their Notice of Removal to allege the citizenship of each constituent person or entity comprising the Defendant LLC (including the state of incorporation and principal place of business of any corporate entity member). If, by that date, the Defendants are unable to amend their Notice of Removal to truthfully allege complete diversity of citizenship, then the action will be remanded to the Supreme Court of New York, Bronx County, without further notice to either party.

Finally, Defendants are directed to, **within two business days of this Order**, serve on Plaintiff a copy of this Order and to file proof of such service on the docket. Counsel for Plaintiff is directed to file a notice of appearance on the docket **within two business days of such service**.

SO ORDERED.

Dated: July 22, 2020
      New York, New York

JESSE M. FURMAN
United States District Judge