UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
JOSE R. CHICON-DELEON, :
 :
                    Plaintiff, :
 : 20-CV-5643 (JMF)
     -v- :
 : ORDER
TRANS CONTINENTAL TRUCKING, LLC and :
YASHPAL AMARSINGH, :
 :
                  Defendants. :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties are ordered to appear for a teleconference to discuss (1) trial scheduling and protocols and (2) whether or how the Court can facilitate a settlement of this matter on **June 30, 2021** at **4:00 p.m.** The teleconference will be held in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      SO ORDERED.

Dated: June 28, 2021
       New York, New York
                                                                 JESSE M. FURMAN
                                                               United States District Judge