UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOSE R. CHICON-DELEON,                                                  :
                                                                        :
                          Plaintiff,                                    :
                                                                        :           20-CV-5643 (JMF)
           -v-                                                          :
                                                                        :                ORDER
TRANS CONTINENTAL TRUCKING, LLC and                                     :
YASHPAL AMARSINGH,                                                      :
                                                                        :
                          Defendants.                                   :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As the parties know, jury trials in this District are currently limited due to the COVID-19 pandemic and, thus, available courtrooms are allotted subject to a priority system. As discussed with the parties, the Court requested October 13, 2021, for trial in this case, and was assigned to the week of **October 12, 2021**. That said, there are a number of other cases ahead of this one in the trial queue for that week. If enough of those trials proceed, this case will not be tried the week of October 12, 2021, and the Court will have to set a new date — almost certainly during the first quarter of 2022. In the event that enough of the trials slated for the week of October 12th go away, however, trial in this case will begin that week. **Accordingly, unless and until the Court says otherwise, the parties must be prepared to begin trial during the week of October 12, 2021.** The Court will advise the parties in the event there is a material change in circumstances.

      SO ORDERED.

Dated: August 27, 2021
       New York, New York
                                        JESSE M. FURMAN
                                       United States District Judge