UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE R. CHICON-DELEON, :
:
Plaintiff, :
: 20-CV-5643 (JMF)
-v- :
: ORDER
:
TRANS CONTINENTAL TRUCKING LLC and :
YASHPAL AMARSINGH, :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    All claims asserted herein have been settled pursuant to the terms stated on the record at the final pretrial conference earlier today. It is hereby ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any written settlement agreement, they must submit the settlement agreement to the Court within thirty days to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Trial scheduled to begin on May 23, 2022, is cancelled. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 17, 2022
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge